UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

                      Plaintiff,

        v.                              1:14-CV-0333
                                              (GLS/TWD)
NEW YORK CITY POLICE DEPT., SOUTH
BEACH PSYCHIATRIC CENTER,,

                      Defendants.

APPEARANCES

ANTHONY BRIAN MALLGREN
Plaintiff pro se
777 Seaview Avenue
Staten Island, NY 10305

THÉRÈSE WILEY DANCKS, United States Magistrate Judge

## REPORT-RECOMMENDATION

On March 27, 2014, the undersigned issued an Order noting deficiencies in Plaintiff's motion to proceed *in forma pauperis*. (Dkt. No. 3.) Specifically, the undersigned noted that Plaintiff had not provided any of the information included on the Court's standard *in forma pauperis* application form, such as income received in the last twelve months, the amount of money in any checking or savings accounts, the value of any property owned, or the number of people dependent on Plaintiff for income. *Id*. Plaintiff was granted thirty days from the date of that Order in which to submit a signed and fully completed *in forma pauperis* application. *Id*. Plaintiff was cautioned that if he failed to file such an application within thirty days, he would be required to pay the $400.00 filing fee in order to proceed with this case. *Id*. Plaintiff was further cautioned that if he did not provide a new application or the filing fee, his case would be dismissed. *Id*.

More than thirty days have passed since the previous Order. Plaintiff has neither filed a new *in forma pauperis* application nor paid the filing fee to maintain this action. Therefore, it is recommended

that the Court dismiss this action.

**WHEREFORE**, based upon the findings above, it is

**RECOMMENDED** that the Court dismiss this action without prejudice; and it is further

**ORDERED** that the Clerk serve a copy of this Report-Recommendation on Plaintiff.

Pursuant to 28 U.S.C. § 636(b)(1), the parties have fourteen days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW**. *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993) (citing *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15 (2d Cir. 1989) (per curiam)); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a).

Dated: May 5, 2014
       Syracuse, New York

_____
Thérèse Wiley Dancks
United States Magistrate Judge