UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------

ANTHONY BRIAN MALLGREN

              Plaintiff,

  -v.-

               Civil Action No.
               1:14-cv-333 (GLS/TWD)

NEW YORK CITY POLICE
DEPARTMENT, et al.

              Defendants.
----------------------------------------------------------------------

APPEARANCES:        OF COUNSEL:

**FOR THE PLAINTIFF:**

ANTHONY BRIAN MALLGREN
*Pro Se*
777 Seaview Avenue
Staten Island, New York 10305


GARY L. SHARPE,
CHIEF JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed May 5, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein. In addition, the plaintiff filed a Notice of Voluntary Dismissal and a Motion for Reconsideration to strike the Notice of Voluntary Dismissal. (Dkt. Nos. 5-6).

No objections[1] having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed May 5, 2014 (Dkt. No. 4) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that this action is dismissed without prejudice for the plaintiff's failure to file a new in forma pauperis application or pay the filing fee to maintain this action; and it is further

ORDERED that the plaintiff's motion for reconsideration (Dkt. No. 6) is DENIED as moot; and it is further

ORDERED that the Clerk of the Court is directed to close this case; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

---

[1] In light of the plaintiff's motion for reconsideration that was filed on May 12, 2014, the court construed his motion as a letter request seeking an extension of time to file objections to the report-recommendation. The court granted plaintiff until July 7, 2014 to file any objections to the pending report-recommendation. Despite the passage of the due date, the plaintiff has failed to file any objections to the report-recommendation.

Dated: July 21, 2014
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court